UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI ALOFS for
MICHAEL ALOFS, Deceased,

    Plaintiff,

v.                                                      Case No. 1:14-cv-1178
                                                      Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

       In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

       **IT IS SO ORDERED.**

Dated:  June 24, 2015                              /s/ Hugh W. Brenneman, Jr.
                                                     HUGH W. BRENNEMAN, JR.
                                                     United States Magistrate Judge